IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

NICHOLAS P. BURRIS                                                                                    PLAINTIFF

vs.                                        Civil No. 1:13-cv-1007

HAM SINGLETON; MARK KLAPPENBACK;
and JEFF ROGERS                                                                                      DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed June 20, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed pursuant to 28 U.S.C. § 1915A. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. See 28 U.S.C. § 636(b)(1). After reviewing the record *de novo*, the Court finds that Judge Bryant's Report and Recommendation should be adopted in its entirety. Accordingly, the Court hereby adopts Judge Bryant's Report and Recommendation, and Plaintiff's Complaint is **DISMISSED**. The dismissal of this action constitutes a strike under 28 U.S.C. § 1915(g). Therefore, the Clerk of Court is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 9th day of July, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge